# EXHIBIT A

# COMMONWEALTH OF VIRGINIA

MAKE RETURN ON THIS COPY



PRINCE WILLIAM CIRCUIT COURT
Criminal Division
9311 LEE AVENUE
MANASSAS VA 20110
(703) 792-6025

Witness Subpoena

To the sheriff of: PRINCE WILLIAM COUNTY
or any authorized officer

Case number: 153CR19003800-00

You are commanded to summon: S. AGENT MARK GRADO - FBI
FBI
9325 DISCOVERY BLVD
MANASSAS VA 20109

To appear in the PRINCE WILLIAM CIRCUIT COURT - Criminal Division at its courthouse, 9311 LEE AVENUE, on Friday, October 02, 2020 at 01:00PM, to testify in the case of COMMONWEALTH OF VA vs DEVON OLIVER CAMERON.

This Subpoena is issued on application of the defendant in the case of
COMMONWEALTH OF VA vs DEVON OLIVER CAMERON.

Service issued: Thursday, August 27, 2020
Clerk of Court: JACQUELINE C SMITH

By: ........................................................
(Clerk/Deputy Clerk)

Instructions:

Attorney's name: SWAJER, SCOTT
13270 MINNIEVILLE RD
WOODBRIDGE VA 22192

# COMMONWEALTH OF VIRGINIA



**PRINCE WILLIAM CIRCUIT COURT**
Criminal Division
9311 LEE AVENUE
MANASSAS VA 20110
(703) 792-6025

Proof of Service

Virginia:
In the PRINCE WILLIAM CIRCUIT COURT

        Case number: 153CR19003800-00
        Service number: 001
        Service filed: December 18, 2019
        Judge:

Served by: PRINCE WILLIAM COUNTY

Style of case: COMMONWEALTH OF VA vs DEVON OLIVER CAMERON .

Service on: S. AGENT MARK GRADO - FBI
        FBI
        9325 DISCOVERY BLVD
        MANASSAS VA 20109

Type of service: Defendant witness (DW)

Instructions:

Hearing date : Friday, October 02, 2020 at 01:00PM
Service issued: Thursday, August 27, 2020

---

For Sheriff Use Only